IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **REALTY TRUST GROUP, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV22 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SEARS HOLDINGS CORP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Stipulation for Change of Parties Names (Filing No. 20) and Joint Motion for Enlargement of Time (Filing No. 21). The Stipulation between the relevant parties requests that the following changes be made to the original case caption: Defendant Crum & Forster be removed as defendant with United States Fire Insurance Company named instead; ACE USA be removed as a defendant with ACE American Insurance Company named instead; that CNA be removed as a defendant with Continental Casualty Company named instead; that Wellington Underwriting, Inc., FR White, and Pritchard be removed as defendants and Certain Underwriters at Lloyd's of London Subscribing to Policy Number JA002670U named instead. Further, the defendants seek an extension of time from March 6, 2006, to April 14, 2006, to serve an answer or a motion under Fed. R. Civ. P. 12(b) in response to the amended complaint. The plaintiff agrees to the extension. Upon consideration,

**IT IS ORDERED:**

1. The Stipulation for Change of Parties Names (Filing No. 20) is granted.
2. The Clerk of Court shall amend the case caption and docket to reflect the changes described above.
3. The Joint Motion for Enlargement of Time (Filing No. 21) is granted.
4. The defendants Allied World Assurance Company, Lexington Insurance Company, Continental Casualty Company, United States Fire Insurance Company, Certain Underwriters of Lloyd's of London Subscribing to Policy Number JA002670U, and ACE

American Insurance Company shall have to **on or before April 14, 2006**, to serve an answer or a motion under Fed. R. Civ. P. 12(b) in response to the amended complaint.

DATED this 4th day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge